## Return

| Case No.: 3:26-mj-116 | Date and time warrant executed:<br>6-9-26    12:52 PM | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of :
Dean Hood    USPIS        Josh Bumgarner    RCSO

Inventory of the property taken and name of any person(s) seized:

3 sealed bottles containing 90 Alprazolam pills each "ladder bars" 255.7 gram

1 vacuum sealed bag testing positive for fentanyl 35.7 gram

1 vacuum sealed bag testing positive for methamphetamine 922.4 gram

FILED
CHARLOTTE, NC

JUN 11 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6-11-26

_Garry Dean Hood_
Executing officer's signature

_Garry Dean Hood    Postal Inspector_
Printed name and title

# UNITED STATES DISTRICT COURT
### for the
Western District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br><br>Priority Mail Parcel Bearing Tracking Number 9505 5163<br>2856 6156 3793 29, Currently Located at 231<br>Government Avenue SW, Hickory, North Carolina 28602 | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 3:26-mj-116 |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____North Carolina_____
*(identify the person or describe the property to be searched and give its location):*

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____June 23, 2026_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____David C. Keesler, US Magistrate Judge_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for \_\_\_\_\_ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____

Date and time issued:    6/9/26   10:30 AM        *Judge's signature*

City and state:    Charlotte, NC        David C. Keesler, US Magistrate Judge
*Printed name and title*

Certified to be a true and
correct copy of the original
**U.S. District Court**
Katherine H. Simon, Clerk
Western District of N.C.
By: *(signature)*
Deputy Clerk   6-9-26